UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
DEEP WOODS HOLDINGS LLC,

                Plaintiff,

-against-

SAVINGS DEPOSIT INSURANCE FUND OF
THE REPUBLIC OF TURKEY (TASARRUF
MEVDUATI SIGORTA FUND),

                Defendant.
-------------------------------------------------------------- x

**ORDER REGARDING UPCOMING ORAL ARGUMENT**

07 Civ. 934 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

As the parties are scheduled to appear for oral argument on September 21, 2009 at 2:30 p.m., Plaintiff should come prepared to argue that diversity of citizenship exists between the parties, in light of the rulings in Carden v. Arkoma Assocs., 494 U.S. 185, 195-96 (1990) and Handelsman v. Bedford Vill. Assocs. Ltd. P'ship, 213 F.3d 48, 53 (2d Cir. 2000). If Plaintiff anticipates that it will be unable to make such a showing, it shall notify the Court as soon as possible.

        SO ORDERED.

Dated:     New York, New York
             September 17, 2009

                                            ALVIN K. HELLERSTEIN
                                            United States District Judge