UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEEP WOODS HOLDINGS LLC,

                Plaintiff,

- against –

SAVINGS DEPOSIT INSURANCE FUND OF
THE REPUBLIC OF TURKEY (TASARRUF
MEVDUATI SIGORTA FUND),

                Defendant.

---

Index No. 07 CV 934 (AKH)

**ORDER REGULATING
DISCOVERY**

ALVIN K. HELLERSTEIN, U.S.D.J.:

      My May 6, 2010 Order requested that the FDIC, as Receiver for the Park Avenue Bank, provide information regarding its investigation in order to determine whether the discovery sought by Defendant Savings Deposit Fund of the Republic of Turkey will interfere with the FDIC's activities.

      On June 10, 2010, I held a conference with the parties and the FDIC and its counsel was in attendance. The FDIC stated that its investigation is currently focused on a period later than the December 2005 valuation date of the shares covered by the option agreement. The FDIC raised concerns that Defendant's requests seek information beyond 2005 and also asked to be kept informed of any discovery requests served on Valley National Bank, the current custodian of the records of the Park Avenue Bank.

      I hereby order that the parties are required to keep the FDIC informed of any subpoenas or discovery requests served on Valley National Bank and any orders issued in this action.

2

I further order that any further discovery shall be limited to the period through December 31, 2005 and shall be completed by September 10, 2010.

A conference is hereby set for September 17, 2010 at 10:30 a.m.

SO ORDERED.

Dated: June 21, 2010
       New York, New York

ALVIN K. HELLERSTEIN
United States District Judge