**Kathy Bailey**
**Bailey Law pc.**
**1155 Connecticut Avenue**
**Suite 500**
**Washington, DC 20036**
**202 887 8040(Telephone)**
**Attorneys for Defendant**

**THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **DEEP WOODS HOLDINGS LLC,** ) | |
| ) | |
|     **Plaintiff** ) | |
| ) | **Case No. 07 Civ. 934 (AKH)** |
| v. ) | **(ECF. Case)** |
| ) | |
| **SAVINGS DEPOSIT INSURANCE** ) | |
| **FUND OF THE REPUBLIC OF** ) | |
| **TURKEY (TASARRUF MEVDUATI** ) | |
| **SIGORTA FONU)** ) | |
| ) | |
|     **Defendant** ) | |

**ENTRY OF APPEARANCE**

Bailey Law pc has been engaged to represent Defendant in connection with responding to Plaintiff's interrogatories, notice of deposition and any subsequent matters arising in the above captioned case. Accordingly, Bailey Law pc hereby enters its appearance on behalf of Defendant as its counsel in the above-captioned case and requests that copies of all pleadings, orders, and other documents be served upon the undersigned.

                                          Respectfully Submitted,

                                          **Bailey Law pc.**

                                          By: /s/Kathy Bailey
                                          Kathy Bailey (Bar # KB6010)
                                          Bailey Law pc.
                                          1155 Connecticut Avenue, NW, Suite 500
                                          Washington, DC 20036
                                          (202) 887 8040 (Telephone)
                                          (202) 887 8044 (Facsimile)
                                          Kbailey@baileylawpc.com

        **ATTORNEYS FOR DEFENDANT**
        **SAVINGS DEPOSIT INSURANCE**
        **FUND OF THE REPUBLIC OF**
        **TURKEY**

        **Dated:  December 28, 2011**


## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was filed electronically with the United States District Court for the Southern District of New York on this 28th day of December 2011, with notice of case activity generated.


        /s/Kathy Bailey