UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

Deep Woods Holdings, L.L.C.      Plaintiff,     Case No. 1:07-cv-00934-AKH

-against-

Savings Deposit Insurance Fund
of The Republic of Turkey       Defendant.
-----------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Kathy Dianne Bailey**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: KB6010 _____ My State Bar Number is _____

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Bailey Gary
            FIRM ADDRESS: 1615 L Street, NW, Suite 650, Washington, DC 20036
            FIRM TELEPHONE NUMBER: 202-887-8040
            FIRM FAX NUMBER: 202-887-8044

NEW FIRM:   FIRM NAME: Bailey Law pc
            FIRM ADDRESS: 1155 Connecticut Ave. NW, Suite 500, Washington, DC 20036
            FIRM TELEPHONE NUMBER: 202-887-8040
            FIRM FAX NUMBER: 202-887-8044

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance
    was entered on _____ by Judge _____.

Dated: 12/29/11

_____
ATTORNEY'S SIGNATURE