UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEEP WOODS HOLDINGS, LLC,<br><br>                           Plaintiff,<br>v.<br><br>SAVINGS DEPOSIT INSURANCE FUND OF THE REPUBLIC OF TURKEY,<br><br>                           Defendant. | 07-CV-934 (AKH)<br><br>**ACKNOWLEDGMENT OF SERVICE** |

      The undersigned, so authorized, hereby acknowledges receipt and acceptance of service of the Notice of Motion To Compel, dated January 13, 2012, The Memorandum of Law in Support of Deep Woods Holdings, LLC's Motion to Compel Third Party Discovery, dated January 13, 2012, and the accompanying Declaration of James S. O'Brien Jr., dated January 13, 2012, and the Exhibits annexed thereto (collectively, the "Motion"), together with a copy of Judge Hellerstein's Individual Practices, on behalf of third party respondents T.C. Ziraat Bankasi, A.S. and Turkiye Vakiflar Bankasi T.A.O. (collectively, the "Third-Party Respondents")

      Deep Woods Holdings LLC acknowledges that by authorizing the acceptance of service and by accepting service as indicated above, neither Third-Party Respondent has waived or compromised any defense to the Motion, including but not limited to any defense predicated on the Foreign Sovereign Immunities Act, and every such defense shall remain available as though neither Third-Party Respondent had authorized or accepted service.

Dated: New York, New York
January 13, 2012

ACKNOWLEDGED BY: /s/ Michael T. Sullivan

Name: Michael T. Sullivan Esq.
Sullivan & Worcester LLP
1290 Avenue of the Americas
New York, NY 10104
*Attorneys for Third-Party Respondents T.C. Ziraat Bankasi, A.S. and Turkiye Vakiflar Bankasi T.A.O.*

ACKNOWLEDGED BY: /s/

Name: James S. O'Brien, Esq.
Ross M. Bagley, Esq.
Pryor Cashman LLP
7 Times Square
New York, NY 10036
*Attorneys for Plaintiff Deep Woods Holdings LLC*