James S. O'Brien, Jr.
Ross M. Bagley
PRYOR CASHMAN LLP
7 Times Square
New York, New York 10036
(212) 421-4100
*Attorneys for Plaintiff*

*[Handwritten note:]* Motion granted, on the merits (see R.69(a)(1),(2), Fed.R.Civ.P.), and w/out opp'n by def'tor by the two non-parties served with subpoenas. So ordered 2/2/12  /s/ AKHellerstein

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEEP WOODS HOLDINGS, LLC,<br><br>                               Plaintiff,<br><br>v.<br><br>SAVINGS DEPOSIT INSURANCE FUND OF THE REPUBLIC OF TURKEY,<br><br>                               Defendant. | 07-CV-934 (AKH)<br><br>**NOTICE OF MOTION TO COMPEL** |

*[Stamp: RECEIVED JAN 19 2012 CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.]*

PLEASE TAKE NOTICE that, upon the attached Declaration of James S. O'Brien, Jr., dated January 13, 2012, with the exhibits attached thereto, the accompanying Memorandum of Law, dated January 13, 2012, and all of the prior proceedings had herein, the undersigned will move this Court before the Honorable Alvin K. Hellerstein, in Room 14D at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and time to be directed by the Court, for an Order granting Plaintiff Deep Woods Holdings, LLC's motion pursuant to Federal Rule of Civil Procedure 69 directing and compelling nonparties Turkiye Vakiflar Bankasi T.A.O. and T.C. Ziraat Bankasi A.S. to fully respond to the Information Subpoenas dated September 19, 2011 and the Supplemental Information Subpoenas dated November 8, 2011 directed to those entities and served upon them by Registered Mail, Return Receipt Requested, and for such other and further relief as the Court deems just and proper.

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 2/3/12]*

Dated: New York, New York
January 13, 2012

                                  PRYOR CASHMAN LLP

                                By: _____s/_____
                                    James S. O'Brien, Jr., Esq.
                                    (jobrien@pryorcashman.com)
                                    Ross M. Bagley, Esq.
                                    (rbagley@pryorcashman.com)
                                    *Attorneys for Plaintiff*

TO:    Michael T. Sullivan, Esq.
        SULIVAN AND WORCESTER LLP
        1290 Avenue of the Americas
        New York, New York 10104
        (212) 660-3023
        *Attorneys for Nonparties Turkiye Vakiflar*
        *Bankasi T.A.O. and T.C. Ziraat Bankasi A.S.*

        Kathy Dianne Bailey
        BAILEY LAW GROUP
        1155 Connecticut Ave. NW Suite 500
        Washington, DC 20036
        (202) 887-8040
        *Attorneys for Defendant Savings Deposit*
        *Insurance Fund of the Republic of Turkey*

        John A. Basinger
        BAKER & MCKENZIE LLP
        1114 Avenue of the Americas
        New York, NY 10036
        (212) 626-4463
        *Attorneys for Defendant Savings Deposit*
        *Insurance Fund of the Republic of Turkey*