

# SULLIVAN WORCESTER

Sullivan & Worcester LLP
1290 Avenue of the Americas
New York, NY 10104

T 212 660 3000
F 212 660 3001
www.sandw.com

February 8, 2012

By Fax

Hon. Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1050
New York, NY 10007

RECEIVED FEB 09 2012 CHAMBERS OF ALVIN K. HELLERSTEIN USDJ

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 2/9/12

Re: *Deep Woods Holdings, LLC v. Savings Deposit Insurance Fund of the Republic of Turkey*, No. 07-CV-934

Dear Judge Hellerstein:

We represent non-parties Turkiye Vakiflar Bankasi T.A.O. ("Vakif") and T. C. Ziraat Bankasi A.S. ("Ziraat") in the above-referenced matter.

We write to request that the Court vacate its order dated February 3, 2012 (the "Order") that granted Deep Woods' motion to compel (the "Motion"). Before Deep Woods made the Motion, the parties agreed to a briefing schedule pursuant to which the Banks would serve their opposition on or before February 16. A copy of the agreement is enclosed for the Court's ready reference. Unfortunately the parties did not communicate their agreement to the Court, for which we apologize.

In light of the parties' prior agreement, we respectfully ask that the Court vacate the Order and permit the parties to brief the Motion as agreed, i.e., the Banks' opposition to be served on Thursday, February 16, and Deep Woods' reply to be served on Friday, March 2. Counsel for Deep Woods has confirmed the agreement.

Respectfully submitted,

Michael T. Sullivan /JDC

Michael T. Sullivan

Direct line: 212 660 3024
msullivan@sandw.com

enc.

cc: James S. O'Brien (by email, w enc.)

BOSTON  NEW YORK  WASHINGTON, DC

[Handwritten note by Judge: Denied. Respondent may move by order to show cause to set aside or vacate the order on motion or reconsider the order. 2-9-12 AKH]

## Capehart, Julie D.

**From:** Sullivan, Michael
**Sent:** Wednesday, February 08, 2012 12:10 PM
**To:** Capehart, Julie D.
**Cc:** Solomon, Andrew T.
**Subject:** FW: 1:07-cv-00934-AKH Deep Woods Holdings, L.L.C v. Savings Deposit Insurance Fund of The Republic of Turkey

confirming the 30 days until Feb 16

---

**From:** Sullivan, Michael
**Sent:** Thursday, January 19, 2012 4:15 PM
**To:** 'Bagley, Ross'
**Subject:** RE: 1:07-cv-00934-AKH Deep Woods Holdings, L.L.C v. Savings Deposit Insurance Fund of The Republic of Turkey

probably makes sense.

**Michael T. Sullivan**
Attorney at Law

Sullivan & Worcester LLP
1290 Avenue of the Americas
New York, NY 10104

T 212 660 3024
F 212 660 3001
msullivan@sandw.com
www.sandw.com

BOSTON   NEW YORK   WASHINGTON, DC

---

**From:** Bagley, Ross [mailto:RBagley@PRYORCASHMAN.com]
**Sent:** Thursday, January 19, 2012 4:14 PM
**To:** Sullivan, Michael
**Subject:** RE: 1:07-cv-00934-AKH Deep Woods Holdings, L.L.C v. Savings Deposit Insurance Fund of The Republic of Turkey

Confirmed. The opposition would otherwise be due next week. Should we file a stipulation laying out the briefing schedule?

**From:** Sullivan, Michael [mailto:msullivan@sandw.com]
**Sent:** Tuesday, January 17, 2012 6:22 PM
**To:** Bagley, Ross
**Cc:** Raice, Pinchus D.; O'Brien, Jr. James S.; Akley, Benjamin; john.basinger@bakermckenzie.com; mrhugh@baileylawpc.com; kbailey@baileylawpc.com; michael.atkins@bakermckenzie.com
**Subject:** RE: 1:07-cv-00934-AKH Deep Woods Holdings, L.L.C v. Savings Deposit Insurance Fund of The Republic of Turkey

Ross:

E-versions safely rec'd.

Per our agreement:

Our opposition shall be due on or before Feb 16; and your reply on or before Mar 2.

Also, pls add Andrew Solomon to the distribution list: Asolomon@sandw.com  212 660 3023

Regards,


**Michael T. Sullivan**
Attorney at Law

Sullivan & Worcester LLP
1290 Avenue of the Americas
New York, NY 10104

T 212 660 3024
F 212 660 3001
msullivan@sandw.com
www.sandw.com

BOSTON   NEW YORK   WASHINGTON, DC

---

**From:** Bagley, Ross [mailto:RBagley@PRYORCASHMAN.com]
**Sent:** Friday, January 13, 2012 5:19 PM
**To:** Sullivan, Michael; 'john.basinger@bakermckenzie.com'; 'rmchugh@baileylawpc.com'; 'kbailey@baileylawpc.com'; 'michael.atkins@bakermckenzie.com'
**Cc:** Raice, Pinchus D.; O'Brien, Jr. James S.; Akley, Benjamin
**Subject:** 1:07-cv-00934-AKH Deep Woods Holdings, L.L.C v. Savings Deposit Insurance Fund of The Republic of Turkey

Counsel,

Please see attached.

Regards,
Ross M. Bagley

**Ross M. Bagley | PRYOR CASHMAN LLP**
7 Times Square | New York, NY 10036-6569
Direct Phone: (212) 326-0405
Direct Fax: (212) 515-6953
rbagley@pryorcashman.com
www.pryorcashman.com

****CONFIDENTIALITY NOTICE****
This email contains confidential information which may also be legally privileged and which is intended only for the use of the recipient(s) named above. If you are not the intended recipient, you are hereby notified that forwarding or copying of this email, or the taking of any action in reliance on its contents, may be strictly prohibited. If you have received this email in error, please notify us immediately by reply email and delete this message from your inbox.

IRS Circular 230 disclosure:
To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (including attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or applicable provisions of state and local tax law or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

This message is intended to be confidential and may be legally privileged. It is intended solely for the addressee. If you are not the intended recipient, please delete this message from your system and notify us immediately. Any disclosure, copying, distribution or action taken or omitted to be taken by an unintended recipient in reliance on this message is prohibited and may be unlawful.

Communications from our firm may contain or incorporate federal tax advice. Under US Internal Revenue Service (IRS) standards, we are required to inform you that only formal, written tax opinions meeting IRS requirements may be relied upon by taxpayers for the purpose of avoiding tax-related penalties. Accordingly, this communication is not intended or written to be used, and it cannot be used, for the purpose of avoiding tax-related penalties under the Internal Revenue Code. Please contact a member of our law firm's Tax Department if you require a formal, written tax opinion that satisfies applicable IRS requirements, or if you have any other questions regarding federal tax advice.

2/8/2012