# EXHIBIT V

**Revealing confidential commercial, banking or customer information**

**Article 239** - (1) Anyone who, through their position or duty, profession or craft announces or discloses information and documents to which they are party and which contain confidential commercial, banking or customer information to unauthorized persons shall be punished on complaint to imprisonment of from one to three years and a judicial fine of up to 5000 days. If the information and documents have been obtained in an unlawful manner and supplied to unauthorized persons the sentence shall be applied according to this provision.

(2) The provision of the first paragraph shall also apply to information relating to scientific inventions and industrial applications.

(3) If confidential information is revealed to an alien not resident in Turkey or their employees the sentence shall be increased by one third. In this case no formal complaint is required.

(4) Anyone who uses violence or threats to induce someone to provide information and documents described in this Article shall be punished with imprisonment between three and seven years.