**Ronan McHugh**
**Bailey Law pc.**
**1155 Connecticut Avenue**
**Suite 500**
**Washington, DC 20036**
**202 887 8040(Telephone)**
**Attorneys for Defendant**

THE UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DEEP WOODS HOLDINGS LLC,** )<br> )<br>   **Plaintiff** )<br> )<br>v.  )<br> )<br>**SAVINGS DEPOSIT INSURANCE** )<br>**FUND OF THE REPUBLIC OF** )<br>**TURKEY (TASARRUF MEVDUATI** )<br>**SIGORTA FONU)** )<br> )<br>   **Defendant** ) | Case No. 07 Civ. 934 (AKH)<br>(ECF. Case) |

<u>**ENTRY OF APPEARANCE**</u>

Ronan J. McHugh, an attorney admitted to this Court, of Bailey Law pc, counsel for Defendant, hereby enters his appearance in the above-captioned case and requests that copies of all pleadings, orders, and other documents be served upon the undersigned.

Respectfully Submitted,

**Bailey Law pc.**

By: /s/Ronan J. McHugh
Ronan McHugh (Bar # RM1966)
Bailey Law pc.
1155 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
(202) 887 8040 (Telephone)
(202) 887 8044 (Facsimile)
rmchugh@baileylawpc.com

**ATTORNEYS FOR DEFENDANT**

2

                                                        **SAVINGS DEPOSIT INSURANCE FUND OF THE REPUBLIC OF TURKEY**

                                                        **Dated:  February 29, 2012**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was filed electronically with the United States District Court for the Southern District of New York on this 29th day of February 2012, with notice of case activity generated.

                                                        <u>/s/Ronan J. McHugh</u>