Hellerstein, J

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/22/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEEP WOODS HOLDINGS LLC,

     Plaintiff,

-against-

SAVINGS DEPOSIT INSURANCE FUND
OF THE REPUBLIC OF TURKEY
(TASARRUF MEVDUATI SIGORTA
FONU),

     Defendant.

07-CIV-934 (AKH)

STIPULATION

1.  On February 16, 2012, non-party banks T.C. Ziraat Bankasi A.S. and Turkiye Vakiflar Bankasi T.A.O. (collectively, the "Banks") filed a motion (the "Motion") for an order, inter alia, to set aside this Court's February 3, 2012 memorandum endorsement granting plaintiff Deep Woods Holdings LLC's ("Deep Woods") motion to compel the production of documents and thereupon to vacate restraining notices and quash information subpoenas earlier served on the Banks.

2.  By stipulation, responsive papers from Deep Woods are due to be served and filed with the Court on or before March 23, 2012.

3.  Counsel for Deep Woods and the Banks hereby stipulate to extend the date by which Deep Woods may timely file and serve responsive papers, if any, to and including April 13, 2012.

4.  Counsel for Deep Woods and the Banks hereby stipulate to extend the date by which the Banks may timely file and serve reply papers in further support of the Motion, if any, to an including May 4, 2012.

1153156

5.  Counsel for Deep Woods and the Banks hereby agree that service of the above papers and any other papers in this action may be accomplished by e-filing the documents in the Court's ECF system.

6.  This stipulation may be executed in counterparts, and facsimile signatures herein shall have the same force and effect as original signatures.

Dated: March 15, 2011

| Sullivan & Worcester LLP | PRYOR CASHMAN LLP |
|---|---|
| By: _____<br>Michael T. Sullivan | By: _____<br>James S. O'Brien, Jr. |
| 1290 Avenue of the Americas, 29th Floor<br>New York, NY 10104<br>(212) 660-3024 | 7 Times Square<br>New York, New York<br>(212) 326-0121 |
| *Attorneys for Non-Parties T.C. Ziraat Bankasi A.S., Turkiye Vakiflar Bankasi T.A.O.* | *Attorneys for Plaintiff Deep Woods Holdings* |

SO ORDERED:

_____
United States District Judge

3/22/12