James S. O'Brien, Jr.
Ross M. Bagley
PRYOR CASHMAN LLP
7 Times Square
New York, New York 10036
(212) 421-4100
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEEP WOODS HOLDINGS, LLC,<br><br>         Plaintiff,<br><br>  v.<br><br>SAVINGS DEPOSIT INSURANCE FUND OF THE REPUBLIC OF TURKEY,<br><br>         Defendant. | 07-CV-934 (AKH)<br><br>**DECLARATION OF JAMES S. O'BRIEN JR. IN OPPOSITION TO THE BANKS' MOTION TO VACATE, SET ASIDE OR RECONSIDER THE COURT'S FEBRUARY 3, 2012 ORDER** |

    JAMES S. O'BRIEN, JR., under the penalties of perjury, declares and states as follows:

    1.  I am an attorney duly admitted to the United States District Court for the Southern District of New York and am a member of Pryor Cashman LLP ("Pryor Cashman"), attorneys for Plaintiff Deep Woods Holdings, LLC ("Deep Woods").

    2.  I submit this declaration in opposition to the motion of T.C. Ziraat Bankasi A.Ş ("Ziraat") and Türkiye Vakiflar Bankasi T.A.O ("Vakif" and, together with Ziraat, the "Banks") to vacate, set aside, or reconsider the Court's order of February 3, 2012 (the "Order") compelling the Banks to respond fully to Deep Woods Information Subpoenas dated September 19, 2011 and Supplemental Information Subpoenas dated November 8, 2011 (collectively, the "Subpoenas").

3.     I hereby incorporate my January 13, 2012 Declaration submitted in support of Deep Woods' motion to compel the Banks' to fully respond to the Subpoenas in their entirety. (Dkt. 165).

4.     A true and correct copy of excerpts from the deposition of Dogan Sami Akcick, the head of the Finance Department of Judgment-Debtor SDIF, is attached hereto as Exhibit "1."

## CONCLUSION

For the foregoing reasons and those stated in Deep Woods' memorandum of law submitted herewith the Court should deny the Banks motion to set aside the Court's February 3, 2012 Order compelling the Banks to fully answer the Subpoenas with respect to their entire worldwide organizations and to promptly provide such responses to judgment creditor Deep Woods. The Court should further award Deep Woods the costs incurred opposing this motion.

Dated: New York, New York
       January 13, 2012

                                                    _____s/_____
                                                    JAMES S. O'BRIEN, JR.

# EXHIBIT 1

Case 1:07-cv-00934-AKH   Document 187   Filed 04/13/12   Page 3 of 12

```
                                                          Page 1
 1                       D. AKCICEK
 2            UNITED STATES DISTRICT COURT
 3            SOUTHERN DISTRICT OF NEW YORK
 4
      DEEP WOODS HOLDINGS LLC,           )
 5                                       )
                       Plaintiff,        )
 6                                       )
                   vs.                   ) No. 07 CV 934(AKH)
 7                                       )
      SAVINGS DEPOSIT INSURANCE FUND     )
 8    OF THE REPUBLIC OF TURKEY,         )
      (TASURRUF MEVDAUTI SIGORTA         )
 9    FUND),                             )
                       Defendants.       )
10    -------------------------------)
11
12                       AUDIOTAPED
13            DEPOSITION OF DOGAN SAMI AKCICEK
14                    New York, New York
15                 Wednesday, March 14, 2012
16
17
18
19
20
21
22
23   Reported by:
24   FRANCIS X. FREDERICK, CSR, RPR, RMR
25   JOB NO. 46587
```

1          D. AKCICEK

2          And the basis upon which they work
3     is profits and loss which I explained a little
4     while ago.  It does not depend on interest.
5     Or interest rate.
6          Q.   Can you tell me the various banks
7     at which SDIF has accounts?
8          A.   The Fund utilizes its funds via
9     deposit and participation funds.  The largest
10    20 in existence today in Turkey.  And they
11    have -- and this is dependent on the internal
12    regulations and rules set by the Fund.  You
13    asked me where the accounts are located.  And
14    these are dependent on regulations, government
15    regulations, and those regulations depend
16    on -- they come from law, the laws in the
17    country.
18         Q.   Okay.  But I asked you with what
19    banks does the Fund have accounts.
20         A.   And I told you, like, each of
21    the -- like, these 32 plus four banks
22    mentioned.  These banks pay insurance
23    premiums.  I'm explaining.
24              SDIF can open accounts according
25    to our internal rules and regulations in these

1   D. AKCICEK

2   major 20 funds. And you asked me are they
3   capable of opening. Yes, we are allowed, we
4   can open funds in those major banks. And I
5   also I told you what the rules and
6   regulations -- and regulations depend on. And
7   if it's not clear, I can explain again.
8       Q.   And I'm not asking you about that
9   page so you don't have to have that.
10      A.   It has nothing to do with the
11  page. I'm not telling you what I'm looking at
12  there, but I just mentioned the 32 deposit
13  banks and so forth.
14      Q.   Okay. For example, the Fund has
15  an account or accounts at Guaranty Bank?
16      A.   Yes.
17      Q.   So I'm looking for other accounts,
18  and I understand there may be many, but,
19  first, can tell you me the names of other
20  banks at which the Fund has accounts.
21      A.   Isbankasi.
22      Q.   Can you think of any others?
23      A.   AkaBank.
24      Q.   And I will ask you to tell me as
25  many as you remember if you can do that.

Page 22

1          D. AKCICEK
2     A.    Ziraat Bankasi, Vakiflar Bank,
3  Turkiye Ekonomi Bankasi. Fortis Bank. Kuveyt
4  Turk Bankasi. Al Baraka. DenizBank.
5          Do you want anymore?
6     Q.    You have a good memory. Sure. If
7  you can.
8     A.    Halk Bankasi. I mean, I am the
9  Finance Department head, the director. I
10 work.
11    Q.    Okay. You keep a record of all of
12 the accounts, yes?
13    A.    Yes.
14 RQ       MR. O'BRIEN: I'd call for the
15        production of the documents identifying
16        the banks and the various accounts.
17    Q.    Fortis Bank, is that an English
18 bank?
19    A.    Disbank.
20        THE INTERPRETER: The interpreter
21        will clarify whether it's a proper name
22        or a foreign bank.
23    A.    The name was Disbank. It was sold
24 to Fortis. Fortis bought it. It changed its
25 name. And now it's operating under the name

1       D. AKCICEK
2              Are there any US dollar
3   denominated accounts that the Fund has at
4   Ziraat?
5       A.    May I hear the question again?
6              THE INTERPRETER:  The interpreter
7       will repeat it.
8       A.    We open Ziraat Bank for the
9   bidding process.  And we also have other
10  collection accounts.
11             (Discussion held off the record.)
12      A.    We may have accounts in both
13  meanings or in both senses.  There are
14  depository insurance accounts and there are
15  resolution-related accounts.
16      Q.    My question was does the Fund
17  maintain accounts at Ziraat that are in US
18  dollars?
19             MR. McHUGH:  Objection.  I think
20      it was asked and answered previously.
21      Q.    You can answer.
22      A.    We have account.  But right now if
23  there's an amount in it, I wouldn't know right
24  now.
25      Q.    That's okay.  I want you to

1     D. AKCICEK
2  estimate for me the total number of different
3  accounts that the Fund has at Ziraat today,
4  all the accounts.  How many different accounts
5  are there at Ziraat?
6         MR. McHUGH:  Objection.  Calls for
7     speculation.
8         MR. O'BRIEN:  No, it's an
9     estimate.
10        THE INTERPRETER:  I'm sorry.  For
11    the interpreter.  How many different
12    accounts or the totality of all the
13    accounts?  That's a different meaning.
14        MR. O'BRIEN:  No, how many.  Are
15    there five?  Are there 500?  Are there,
16    5,000?
17        THE INTERPRETER:  Not the
18    typology.
19        MR. O'BRIEN:  No, no.  Just the
20    total number.
21    A.    But then specify it.  Are there
22  accounts with an amount of money in it or
23  without money in it?  So I can answer, you
24  know, accounts containing funds or not
25  containing funds.

```
 1                  D. AKCICEK
 2       Q.    The accounts are identified by an
 3   account number, yes?
 4       A.    Yes.
 5       Q.    How many different account numbers
 6   are there at Ziraat?
 7       A.    It must be more than five.
 8       Q.    More than ten?
 9       A.    Could be.  I don't know.
10       Q.    More than 20?
11       A.    I couldn't know.
12       Q.    More than a hundred?
13       A.    I don't think so.
14       Q.    Okay.  So somewhere between five
15   and a hundred accounts.
16             MR. McHUGH:  Objection.  Calls for
17       speculation.
18       Q.    You can answer.
19       A.    Could be.
20       Q.    Now, for Vakif Bank, does the fund
21   have the same types of accounts at Vakif Bank?
22             MR. McHUGH:  Objection.  Vague and
23       ambiguous.
24       Q.    You can answer.
25       A.    It's almost the same as the other
```

```
1                D. AKCICEK
2    ones mentioned already.  But there's also a
3    possibility or we're considering opening an
4    administrative account.
5         Q.    And what is an administrative
6    account?
7         A.    It's an account used by the Fund
8    in order to maintain its activities,
9    operations.
10        Q.    For what activities or operations
11   are monies from the administrative account
12   used?
13        A.    Staple items like office supplies.
14   Purchasing -- advances or prepayments made for
15   jobs or job related -- normal purchases.
16   Something like budget expenditures, expenses.
17   This is within the framework of deposit
18   insurance activities.  And it's similar to the
19   resolution activities.
20        Q.    Do you pay salaries from that
21   account?
22        A.    We -- there are salaries, salary
23   payments made out of administrative accounts.
24   But not from the administrative accounts at
25   Ziraat Bank.
```

1                    D. AKCICEK
2        Q.    Or Vakif Bank.
3              THE INTERPRETER:  I'm sorry.
4        A.    Yes.  Sorry.  We are speaking
5   about Vakif Bank.
6        Q.    Take a look at page 48, please, of
7   the Annual Report, the Turkish version.  It's
8   page 50 of the English version.  And that
9   section that I'm pointing to talks about money
10  received from real estate and movables.
11             Do you see that?
12       A.    Yes.
13       Q.    Is there a schedule maintained of
14  what those real estate and movables were?
15             THE INTERPRETER:  When you say
16       schedule?
17             MR. O'BRIEN:  Schedule.  List.
18       Record.
19       A.    For what time frame?  Where?  On
20  my -- with me right now you're asking?
21       Q.    No, no.  At the office.
22       A.    Whatever that 800 million or
23  whatever it is, there must have been a list of
24  that.  It must be clear.
25       Q.    And does the Finance Department