UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
DEEP WOODS HOLDINGS LLC,  :  **SCHEDULING ORDER**
:
:  07 Civ. 934 (AKH)
         Plaintiff,  :
:
     -against-  :
:
SAVINGS DEPOSIT INSURANCE FUND OF  :
THE REPUBLIC OF TURKEY (TASARRUF  :
MEVDUATI SIGORTA FUND).  :
:
         Defendants.  :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

At the September 12, 2014 status conference in this case, the Court set the following schedule:

| September 26, 2014 | Deep Woods will submit its brief on the issue of whether attorney's fees should include the fees incurred on appeal. |
|---|---|
| October 3, 2014 | SDIF will provide Deep Woods with a detailed report of its legal bills. |
| October 10, 2014 | SDIF will submit its opposition brief. |
| October 17, 2014 | Deep Woods will submit its reply brief. |

SO ORDERED.

Dated:   New York, New York
        September 17, 2014

ALVIN K. HELLERSTEIN
United States District Judge

1