USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/17/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                      :

IN RE WORLD TRADE CENTER LOWER     :
MANHATTAN DISASTER SITE LITIGATION   :
                                      :
                                      :
                                      :
                                      :
                                      :
------------------------------------------------------------ x

**ORDER REGULATING
EXPERT DISCOVERY AND
TRIALS OF 15 GROUP I &
GROUP II CASES SELECTED
FOR TRIAL**

**21 MC 102 (AKH)**

ALVIN K. HELLERSTEIN, U.S.D.J.:

         PLEASE TAKE NOTICE that following the Court conference on September 12,

2014 and pursuant to discussions with Defense Liaison Counsel and Plaintiffs' Liaison Counsel,

the following deadlines are hereby made applicable to the 13 Group I and Group II Cases that

have been selected for trial and are identified in the Court's April 3, 2014 Order (Docket No.

5022):

| 21 MC 102 CASE MANAGEMENT SCHEDULE | |
|---|---|
| December 31, 2014 | Expert depositions to conclude |
| January 15, 2015 | Parties submit Daubert and related summary judgment motions |
| January 29, 2015 | Parties submit oppositions to Daubert and related summary judgment motions |
| February 6, 2015 | Parties submit reply briefs to Daubert and related summary judgment motions |
| February 18, 19, 20 | Daubert hearings |
| February 23, 2015 at 2:30 p.m. | Pretrial conference and order for first two cases |
| March 2, 2015 | Trial of first two cases commences |

SO ORDERED.

Dated:      New York, New York
            September 17, 2014

                              ALVIN K. HELLERSTEIN
                              United States District Judge