N.Y.S.D. Case #
07-cv-0934(AKH)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of September, two thousand and fourteen.

Before:    Barrington D. Parker,
              Peter W. Hall,
              Susan L. Carney,
                  *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 23, 2014

Deep Woods Holdings, L.L.C.,
    Plaintiff - Counter - Defendant - Appellee,

v.

Savings Deposit Insurance Fund of The Republic of Turkey, Tasarruf Mevduati Sigorta Fund,
    Defendant - Counter - Claimant - Appellant,

Erol Aksoy,
    Intervenor - Defendant.

STATEMENT OF COSTS
Docket No. 11-1471

    IT IS HEREBY ORDERED that costs of $7,419.74 are taxed in Appellant's favor.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 09/23/2014