UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
: 
DEEP WOODS HOLDINGS LLC,                        :   **AMENDED SCHEDULING**
                                                :   **ORDER**
                 Plaintiff,                     :
                                                :   07 Civ. 934 (AKH)
       -against-                                :
                                                :
SAVINGS DEPOSIT INSURANCE FUND OF               :
THE REPUBLIC OF TURKEY (TASARRUF                :
MEVDUATI SIGORTA FUND).                         :
                                                :
                 Defendants.                    :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

The following briefing schedule supersedes the briefing schedule set forth in the September 17, 2014 Scheduling Order (Doc. No. 216):

| **September 26, 2014** | SDIF will submit its motion for attorneys' fees. |
|---|---|
| **October 3, 2014** | SDIF will provide Deep Woods with a detailed report of its legal bills. |
| **October 10, 2014** | Deep Woods will submit its opposition brief. |
| **October 17, 2014** | SDIF will submit its reply brief. |

SO ORDERED.

Dated:   New York, New York
         September 22, 2014

                                        _____
                                        ALVIN K. HELLERSTEIN
                                        United States District Judge

1