

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/16/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| DEEP WOODS HOLDINGS LLC, | |
|---|---|
| Plaintiff, | |
| -against- | 07-CIV-934 (AKH) |
| SAVINGS DEPOSIT INSURANCE FUND OF THE REPUBLIC OF TURKEY (TASARRUF MEVDUATI SIGORTA FONU), | STIPULATION |
| Defendant. | |

1. On September 26, 2014, Defendant Savings Deposit Insurance Fund of The Republic of Turkey ("SDIF") filed a motion for the attorneys' fees and costs it incurred in its litigation with Deep Woods Holdings LLC ("Deep Woods").

2. On October 3, 2014, SDIF provided its legal bills to Pryor Cashman LLP, counsel to Deep Woods.

3. Under the Court's October 8, 2014, So-Ordered Stipulation, responsive papers from Deep Woods are due on October 17, 2014.

4. Counsel for Deep Woods and SDIF hereby stipulate to extend the date by which Deep Woods may timely file and serve responsive papers, if any, to and including October 24, 2014.

5. Counsel for Deep Woods and SDIF hereby stipulate to extend the date by which SDIF may timely file and serve papers in reply, if any, to and including October 31, 2014.

6. Counsel for Deep Woods and SDIF hereby agree that service of the above papers and any other papers in this action may be accomplished by e-filing the documents in the Court's ECF system.

7. This stipulation may be executed in counterparts, and facsimile signatures herein shall have the same force and effect as original signatures.

Dated: October 13, 2014

| GORDON REES SCULLY MANSUKHANI LLP<br><br>By: *signature*<br>Mark A. Beckman<br><br>90 Broad Street<br>23rd Floor<br>New York, New York 10004<br>(212) 269-5500<br><br>*Attorneys for Defendant Savings Deposit Insurance Fund of The Republic of Turkey* | PRYOR CASHMAN LLP<br><br>By: *signature*<br>Ross M. Bagley<br><br>7 Times Square<br>New York, New York 10036<br>(212) 326-0121<br><br>*Attorneys for Plaintiff Deep Woods Holdings* |

SO ORDERED: 10/15/14

*signature*
United States District Judge

-2-