RONAN J. MCHUGH
RMCHUGH@GORDONREES.COM
DIRECT DIAL: (202) 372-9092
DIRECT FAX: (202) 800-2999

**GORDON REES**
SCULLY MANSUKHANI LLP

ATTORNEYS AT LAW
700 12TH STREET, NW, SUITE 1050
WASHINGTON, DC 20005
PHONE: (202) 399-1009
FAX: (202) 800-2999
WWW.GORDONREES.COM

October 21, 2014

**VIA ECF AND FACSIMILE (212-805-7942)**

Hon. Alvin K. Hellerstein
Room 1050
United States District Judge
Daniel Patrick Moynihan
United States Court House
United States District Court
Southern District of New York
500 Pearl Street
New York NY 10007

**Re:**  *Deep Woods Holdings LLC v. Savings Deposit Insurance Fund of the Republic of Turkey*
Case No. 07-CV-934 (AJH)

Dear Judge Hellerstein:

The parties write jointly to respectfully request the court "so order" the enclosed stipulated briefing schedule for Deep Woods Holdings LLC's opposition and Savings Deposit of the Republic of Turkey's ("SDIF") reply on SDIF's September 26, 2014 motion for attorneys' fees. The parties make this request to allow time for continuing discussions regarding an amicable resolution of the fee issue.

Respectfully submitted,

**GORDON & REES LLP**

*/s/ Ronan McHugh*
Ronan J. McHugh (RM 1966)
Gordon Rees Scully Mansukhani, LLP
700 12th Street, Suite 1050
Washington D.C. 20005
Tel: 202 399 1009
Fax: 202 800 2999

CALIFORNIA ♦ NEW YORK ♦ TEXAS ♦ ILLINOIS ♦ NEVADA ♦ ARIZONA ♦ COLORADO ♦ OREGON ♦ WASHINGTON
NEW JERSEY ♦ FLORIDA ♦ GEORGIA ♦ CONNECTICUT ♦ MISSOURI ♦ WASHINGTON, DC ♦ PENNSYLVANIA ♦ NORTH CAROLINA
/21140595v.1

October 21, 2014
Page 2

rmchugh@gordonrees.com


<u>s/s Ross M. Bagley</u>
James S. O'Brien, Jr.
Ross M. Bagley
PRYOR CASHMAN LLP
7 Times Square
New York, New York 10036
Tel: 212 326 0405
Fax: 212 515 6953
jobrien@pryorcashman.com
rbagley@pryorcashman.com

*Attorney for Plaintiff*
*Deep Woods Holdings LLC*

/21140595v.1