UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEEP WOODS HOLDINGS LLC,

    Plaintiff,

-against-

SAVINGS DEPOSIT INSURANCE FUND
OF THE REPUBLIC OF TURKEY
(TASARRUF MEVDUATI SIGORTA
FONU),

    Defendant.

07-CIV-934 (AKH)

STIPULATION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/14

1. On September 26, 2014, Defendant Savings Deposit Insurance Fund of The Republic of Turkey ("SDIF") filed a motion for the attorneys fees and costs it incurred in its litigation with Deep Woods Holdings LLC ("Deep Woods").

2. On October 3, 2014, SDIF provided its legal bills to Pryor Cashman LLP.

3. Under the Court's October 15, 2014, So Ordered Stipulation, responsive papers from Deep Woods are due on October 24, 2014.

4. Counsel for Deep Woods and SDIF hereby stipulate to extend the date by which Deep Woods may timely file and serve responsive papers, if any, to and including October 31, 2014.

5. Counsel for Deep Woods and SDIF hereby stipulate to extend the date by which SDIF may timely file and serve papers in reply, if any, to and including November 7, 2014.

6. Counsel for Deep Woods and SDIF had obtained two prior extensions of the schedule with the hope that parties could reach an amicable resolution of the fee issue.

Oct 21 2014 18:15:22 415-986-8054 Case 1:07-cv-00934-AKH Document 233 Filed 10/30/14 Page 2 of 3 -> 212 805 7942 Brenda Womack Page 005

Case 1:07-cv-00934-AKH Document 228-1 Filed 10/21/14 Page 2 of 3

7. Any such decision regarding such an amicable resolution would, according to SDIF by-laws, have to be approved by the Board of Directors of SDIF. While the SDIF Board did not have the requisite quorum to be able to vote on a proposal in the last two weeks, counsel for SDIF has learned that the SDIF Board will have quorum in its weekly meeting on Thursday, October 23, 2014, to vote on a proposal regarding an amicable resolution of the fee issue.

8. Given that a positive vote on a proposal to resolve the fee issue would remove the requirement for further briefing and hearings on the fee issue, parties respectfully request that the aforementioned extension of the briefing schedule be entered by this Court.

9. The extension of the briefing schedule will not prejudice either party.

10. Counsel for Deep Woods and SDIF hereby agree that service of the above papers and any other papers in this action may be accomplished by e-filing the documents in the Court's ECF system.

11. This stipulation may be executed in counterparts, and facsimile signatures herein shall have the same force and effect as original signatures.

Dated: October 21, 2014

- 2 -

Oct 21 2014 18:15:38 415-986-8054 -> 212 805 7942 brenda Womack Page 006

Case 1:07-cv-00934-AKH Document 233 Filed 10/30/14 Page 3 of 3
Case 1:07-cv-00934-AKH Document 228-1 Filed 10/21/14 Page 3 of 3

| GORDON REES SCULLY MANSUKHANI LLP<br><br>By: /s/ _____<br>Ronan D. McHugh<br><br>700 12th Street, NW<br>Suite 1050<br>Washington, D.C. 20005<br><br>*Attorneys for Defendant Savings Deposit Insurance Fund of The Republic of Turkey* | PRYOR CASHMAN LLP<br><br>By: /s/ _____<br>Ross M. Bagley<br><br>7 Times Square<br>New York, New York<br>(212) 326-0121<br><br>*Attorneys for Plaintiff Deep Woods Holdings* |
|---|---|

SO ORDERED:

_____
United States District Judge
10/22/14