UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEEP WOODS HOLDINGS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:07-cv-00934-AKH |
| | ) |
| SAVINGS DEPOSIT INSURANCE FUND | ) |
| OF THE REPUBLIC OF TURKEY, | ) |
| | ) |
| Defendant. | ) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/30/14

[CORRECTED ~~PROPOSED~~] JUDGMENT AND ORDER OF WITHDRAWAL

WHEREAS plaintiff Deep Woods Holdings, LLC ("Deep Woods") filed its Complaint on February 8, 2007, against defendant Savings Deposit Insurance Fund of the Republic of Turkey ("SDIF") (together the "Parties"), and SDIF filed a counterclaim against Deep Woods on January 8, 2008, for reasonable attorney's fees, costs and disbursements in this litigation; and,

WHEREAS on March 15, 2011, this Court entered judgment in favor of Deep Woods against SDIF, which judgment was amended on April 5, 2011; and,

WHEREAS on April 14, 2011, SDIF filed a Notice of Appeal to the United States Court of Appeals for the Second Circuit (the "Second Circuit") which Appeal was successful as memorialized in the Second Circuit's Opinion, certified on March 14, 2014, reversing this Court's judgment and "remanding to the District Court to enter summary judgment in favor of SDIF and to determine the attorney's fees, costs and disbursements to be awarded to SDIF"; and,

WHEREAS this Court held a conference on September 12, 2014, during which the Court directed SDIF to file its motion for fees and costs, which motion SDIF filed on September 26, 2014 (the "Motion"); and,

WHEREAS the Parties, through their respective attorneys, executed a stipulation, so-ordered by this Court on October 24, 2014 (the "Stipulation"), consenting and stipulating to an entry of judgment by this Court in favor of SDIF in the amount of $1,300,000.00 (the "Judgment") as settlement in satisfaction of SDIF's claim for attorney's fees, costs and disbursements incurred in this litigation, including fees incurred in connection with the execution or enforcement of the Judgment, if any, and to withdraw the Motion;

NOW THEREFORE the Court, having considered all matters submitted to it as referenced above, and finding that the terms herein constitute, in all respects, a fair, reasonable, and adequate settlement as to the Motion, and there being no just reason for delay in entry of this Judgment and Order of Withdrawal, and good cause appearing therefore, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

## I. JURISDICTION

This Court has jurisdiction over the subject matter of this litigation, *Deep Woods Holdings, LLC v. Savings Deposit Insurance Fund of the Republic of Turkey*, 1:07-cv-00934 (AKH) (S.D.N.Y.) (the "Litigation"), and each of the Parties consenting hereto. The Litigation is an action pursuant to 28 U.S.C. § 1332 as the Parties are of diverse citizenship and the amount in controversy is more than $75,000.

## II. APPLICABILITY

This Judgment applies to Deep Woods Holdings, LLC.

## III. RETENTION OF JURISDICTION

This Court retains jurisdiction to enable the Parties to this Judgment to apply to this Court at any time for further orders and directions as may be necessary or appropriate to carry out or construe this Judgment, to modify any of its provisions, to enforce compliance, and to punish

Oct 28 2014 16:11:56 Case 1:07-cv-00934-AKH  Document 234  Filed 10/31/14  Page 3 of 3 212 265-5505 -> 212 805 7942 Christina Tuzzolino  Page 004

Case 1:07-cv-00934-AKH   Document 232   Filed 10/28/14   Page 3 of 3

violations of its provisions. Upon notification by SDIF to the Court of Deep Woods' payment of the funds required by this Judgment, this Section II will have no further force or effect.

## IV    WITHDRAWAL OF THE MOTION

Upon entry of this Judgment, the Court deems the Motion withdrawn and shall direct the Clerk of the Court to terminate the Motion.

## V.    JUDGMENT

This Court hereby ORDERS the entry of a Judgment for SDIF and against Deep Woods in the amount of $1,300,000.00 (ONE MILLION AND THREE HUNDRED THOUSAND DOLLARS) plus post-judgment interest under the applicable rules until payment by Deep Woods.

The Clerk of the Court is directed to enter this Judgment on the docket forthwith.

Dated: *Oct. 28, 2014*

United States District Judge