James S. O'Brien, Jr.
Ross M. Bagley
PRYOR CASHMAN LLP
7 Times Square
New York, New York 10036
(212) 421-4100
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEEP WOODS HOLDINGS, LLC, <br><br> Plaintiff, <br> v. <br><br> SAVINGS DEPOSIT INSURANCE FUND OF THE REPUBLIC OF TURKEY, <br><br> Defendant. | 07-CV-934 (AKH) <br><br> **NOTICE OF MOTION TO WITHDRAW AS <u>COUNSEL OF RECORD</u>** |

PLEASE TAKE NOTICE that, upon the attached Declaration of James S. O'Brien, Jr. dated March 5, 2015, the accompanying Memorandum of Law, and all of the prior proceedings had herein, the undersigned, on behalf of Pryor Cashman LLP, will move this Court before the Honorable Alvin K. Hellerstein, in Room 14D at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and time to be directed by the Court, for an Order granting Pryor Cashman's motion to withdraw as Plaintiff's counsel pursuant to Local Civil Rule 1.4 of the Local Rules of United States District Courts for the Southern and Eastern Districts of New York and for such other and further relief as the Court deems just and proper.

Dated: New York, New York
March 5, 2015

                              PRYOR CASHMAN LLP

                              By: */s/ James S. O'Brien, Jr.*
                                  James S. O'Brien, Jr.
                                  (jobrien@pryorcashman.com)
                                  Ross M. Bagley
                                  (rbagley@pryorcashman.com)
                              7 Times Square
                              New York, New York  10036
                              (212) 421-4100

                              *Attorneys for Deep Woods Holdings, LLC*

TO:    Ronan McHugh (via ECF)
          Mark A. Beckman (via ECF)
          *Attorneys for Defendant*