UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEEP WOODS HOLDINGS LLC,<br><br>                            Plaintiff,<br><br>        v.<br><br>SAVINGS DEPOSIT INSURANCE FUND OF THE REPUBLIC OF TURKEY (TASARRUF MEVDUATI SIGORTA FUND),<br><br>                            Defendant. | 07 Civ. 934 (AKH)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Keara A. Bergin, a member of the law firm of Dewey Pegno & Kramarsky LLP, hereby appears as counsel for plaintiff Deep Woods Holdings, LLC and requests that all notices, briefs, motions, orders, correspondence, and other papers be served upon her at the below-referenced address.

Dated: New York, New York
         March 23, 2015

                                      DEWEY PEGNO & KRAMARSKY LLP

                                          /s Keara A. Bergin
                                      Keara A. Bergin (KB-0831)
                                      777 Third Avenue, 37th Floor
                                      New York, NY 10017
                                      (212) 943-9000
                                      kbergin@dpklaw.com

                                      *Attorneys for Plaintiff*