UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEEP WOODS HOLDINGS LLC,<br><br>         Plaintiff,<br><br>     v.<br><br>SAVINGS DEPOSIT INSURANCE FUND OF THE REPUBLIC OF TURKEY (TASARRUF MEVDUATI SIGORTA FUND),<br><br>         Defendant. | 07 Civ. 934 (AKH)<br><br>NOTICE OF APPEARANCE |

**PLEASE TAKE NOTICE** that Tamara L. Bock, an attorney with the law firm of Dewey Pegno & Kramarsky LLP, hereby appears as counsel for plaintiff Deep Woods Holdings, LLC and requests that all notices, briefs, motions, orders, correspondence, and other papers be served upon her at the below-referenced address.

Dated: New York, New York
   March 23, 2015

                DEWEY PEGNO & KRAMARSKY LLP

                 /s Tamara L. Bock
                Tamara L. Bock (TB-2373)
                777 Third Avenue, 37th Floor
                New York, NY 10017
                (212) 943-9000
                kbergin@dpklaw.com

                *Attorneys for Plaintiff*